# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CALIFORNIA UNIVERSITY OF PENNSYLVANIA, | : | No. 199 WAL 2019 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| GIDEON BRADSHAW, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**, and the Application to file an amicus curiae brief in support for the petition for allowance of appeal is also **DENIED**.